**IT IS ORDERED as set forth below:**



**Date: May 31, 2012**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

```
           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION

IN RE:   WILLIE E. GARLINGTON,    {   CHAPTER 13
                                  {
                                  {
         DEBTOR                   {   CASE NO. A10-76250PWB
                                  {
                                  {   JUDGE: BONAPFEL
```

<u>ORDER DENYING MOTION TO DISMISS HELD MAY 9, 2012</u>

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months

following entry of this order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and, on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

END OF DOCUMENT

Presented by:

_____/s/_____
Brandi L. Kirkland, Esquire
for Mary Ida Townson
Standing Chapter 13 Trustee
100 Peachtree Street, NW
Suite 2700
Atlanta, Georgia  30303
(404) 525-1110
GA Bar No.:  423627
brandik@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

IN RE:   WILLIE E. GARLINGTON,    {   CHAPTER 13
                                  {
                                  {
         DEBTOR                   {   CASE NO. A10-76250PWB
                                  {
                                  {   JUDGE BONAPFEL
```

**DISTRIBUTION LIST**

```
MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2700
THE EQUITABLE BUILDING
100 PEACHTREE STREET
ATLANTA, GEORGIA  30303
```
brandik@atlch13tt.com

```
WILLIE E. GARLINGTON
982 REMINGTON DRIVE
CONYERS, GA 30094

THE SANDBERG LAW FIRM
INTERNATIONAL TOWER-SUITE 705
229 PEACHTREE STREET
ATLANTA, GA 30303
```