**IT IS ORDERED as set forth below:**



Date: December 18, 2012

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-00508-WLH |
| | ) | |
| THE SANDBERG LAW FIRM, LLC, | ) | JUDGE WENDY L. HAGENAU |
| | ) | |

**ORDER REMOVING ANTHONY SANDBERG
AND THE SANDBERG LAW FIRM
FROM ALL PENDING CHAPTER 13 CASES**

This matter came before the Court on an Order to Show Cause issued on December 5, 2012 as to why Anthony Sandberg and The Sandberg Law Firm should not be removed as counsel in all pending Chapter 13 cases. A hearing was held on December 18, 2012. Anthony B. Sandberg appeared individually and on behalf of The Sandberg Law Firm, LLC, David S. Weidenbaum appeared on behalf of the United States Trustee, John T. Sparks, Sr. appeared on behalf of William C. Eakin, William Russell Patterson appeared on behalf of the Trustee of Mr. Sandberg's Chapter 7 estate. The Chapter 13 Trustees, Nancy J. Whaley, Adam M. Goodman and Mary Ida Townson, all appeared. For good cause shown, it is hereby

ORDERED that Anthony Sandberg and The Sandberg Law Firm shall be removed as counsel in all pending Chapter 13 cases. Each debtor is authorized to act on his/her own behalf unless new counsel is retained.

### ### END OF NOTICE ###

## DISTRIBUTION LIST

Anthony B. Sandberg
The Sandberg Law Firm
International Tower - Suite 705
229 Peachtree Street, NE
Atlanta, GA 30303

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

John T. Sparks, Sr.
Austin & Sparks, P.C.
2974 Lookout Place, N.E.
Atlanta, GA  30303

New Freedom Law Group, LLC
Teri Thompson, LLC
PO Box 1911544
Atlanta, GA  31119-1144

Cha'Ron A. Ballard
The Ballard Law Group, P.C.
3664 Club Drive, Suite 203A
Lawrenceville, GA 30044

Nancy J. Whaley
Chapter 13 Trustee
120 Peachtree Center Ave., #120
Atlanta, GA  30303

Adam Goodman
Chapter 7 Trustee
260 Peachtree St., NW, #200
Atlanta, GA  30303

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree St., #2200
Atlanta, GA  30303

Robert Trauner
Chapter 7 Trustee
Robert Trauner, PC
One Glenlake Parkway #700
Atlanta, GA  30328

W. Russell Patterson, Jr.
Ragsdale Beals Seigler Patterson & Gray
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA  30303-1629

All Chapter 13 Debtors