| UNITED STATES BANKRUPTCY COURT<br>**Northern District of Georgia (Atlanta)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Willie Eugene Garlington | Case Number:<br>10-76250 | |
| Name of Creditor:<br>Deutsche Bank National Trust Company, as Trustee for HSI ASSET CORPORATION TRUST 2006-HE1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE1 | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 6033** | | ☐ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☐ I am the creditor.
   ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

      /s/ Michael Daniels                               Date:  03/28/2015
      Michael Daniels - Assistant Secretary

1253809-dd1897be-94b7-4e19-ab99-2ba6c0d65df9-

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia (Atlanta)

In re:

Willie Eugene Garlington

Debtor(s).

Chapter 13 No. 10-76250

Judge: Judge Paul W. Bonapfel

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:	Willie Eugene Garlington
	982 Remington Drive
	Conyers, GA 30094

Trustee:	Mary Ida Townson
	Chapter 13 Trustee
	Suite 2200
	191 Peachtree Street, NE
	Atlanta, GA 30303-1740

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1253809-9e35241c-eb7e-4c11-9933-e39d8137e56c-